

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00138-CV

———————————————

IN RE SVN MED, LLC, SUMIT RAI, KIM DE MORA, CHRIS SOVIERO, ILAN REICH, AND VIATAR CTC SOLUTIONS, INC., Relators

---

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 21-6505-442

---

Before Womack, J.; Kerr and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' reply and is of the opinion that relief should be denied.[1]  Accordingly, relators' petition for writ of mandamus is denied.  We lift our April 21, 2022 stay of the trial court's March 21, 2022 order.

Per Curiam

Delivered:  June 10, 2022.

---

[1]Because real party in interest has conceded that it is not seeking relator SVN Med, LLC's engagement letters and attorney's-fees invoices at this time, and therefore that the requests for these items were inadvertently included in the order compelling discovery, we decline to grant relief regarding those requests (Requests for Production 75 and 76 to SVN Med, LLC and Requests for Production 54 and 55 to the other relators).  We are confident that the trial court will modify its order compelling discovery to delete these specific requests and that, in light of its concession in this original proceeding, real party in interest will not seek to enforce these requests against relators at this time.  Should real party in interest seek to enforce this part of the trial court's order contrary to its concession, our disposition as to those requests is without prejudice to any new attempt by relators to seek relief.